**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kenneth L. Morrell, | ) |
| Plaintiff, | ) Case No. 2:15-cv-1409-JCM-NJK |
| v. | ) |
| Nevada Department of Parole and Probation, et al., | ) **ORDER** |
| Defendants. | ) |

Pending before the Court is Plaintiff's motion to extend the deadline to file a fully completed *in forma pauperis* application, or to pay the filing fee. Docket No. 3. The motion to extend is hereby **GRANTED**.

**IT IS ORDERED** that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

**IT IS FURTHER ORDERED** that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: August 18, 2015.

_____
Nancy J. Koppe
United States Magistrate Judge